UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>TERRY ELAINE FINGER</u>,

    Plaintiff,

v.                                         No.: 3:09-cv-187
                                                  (VARLAN/SHIRLEY)

<u>ANDERSON COUNTY, TENNESSEE, et al.</u>,

    Defendants.

## **MEMORANDUM AND ORDER**

This is a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for appointment of counsel. The appointment of counsel in a civil case is a matter within the discretion of the court. *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987). After careful consideration of plaintiff's motion, including the type and nature of the case, its complexity, and the plaintiff's ability to prosecute her claim, this Court is of the opinion that counsel is not necessary at this time to insure that plaintiff's claims are fairly heard. *See Knop v. Johnson*, 977 F.2d 996 (6th Cir. 1992); *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Plaintiff's motion for appointment of counsel [Doc. 4] is **DENIED**.

    **E N T E R :**

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE